# Exhibit A

Case 3:20-cv-01585-AVC   Document 1-1   Filed 10/21/20   Page 2 of 10



**State of Connecticut Judicial Branch**
# Superior Court Case Look-up

Superior Court Case Look-up
  Civil/Family
  Housing
  Small Claims
-
Attorney/Firm Juris Number Look-up 🖉

-
Case Look-up
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address
-
Short Calendar Look-up
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices
-
Court Events Look-up
  By Date
  By Docket Number
  By Attorney/Firm Juris Number
-
Legal Notices
-
Pending Foreclosure Sales 🖉
-
Understanding
Display of Case Information
-
Contact Us



**Comments**

| | | |
|---|---|---|
| 🖉 **NNH-CV20-6108042-S** | **DOWD, JOHN PIERRE v. NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTR** | |
| Prefix: NH2 | Case Type: T90 | File Date: 09/28/2020 | Return Date: 11/10/2020 |

**Case Detail**   Notices   History   Scheduled Court Dates   E-Services Login   Screen Section Help   ▶

To receive an email when there is activity on this case, click here. 🖉

Information Updated as of: 10/21/2020

| Case Information |
|---|
| **Case Type:** T90 - Torts - All other |
| **Court Location:** NEW HAVEN JD |
| **List Type:** No List Type |
| **Trial List Claim:** |
| **Last Action Date:** 09/28/2020  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |

| Party & Appearance Information |
|---|

| Party | No Fee Party | Category |
|---|---|---|
| **P-01   JOHN PIERRE DOWD** | | Plaintiff |
| **Attorney:** 🖉 HOWARD KOHN SPRAGUE & FITZGERALD (028160) File Date: 09/28/2020 PO BOX 261798 HARTFORD, CT 061261798 | | |
| **D-01   NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK** Non-Appearing | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🖉 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 09/28/2020 | P | SUMMONS 🗐 | |
| | 09/28/2020 | P | COMPLAINT 🗐 | |
| 100.30 | 09/28/2020 | P | RETURN OF SERVICE 🗐 | No |

| Scheduled Court Dates as of 10/20/2020 |
|---|
| **NNH-CV20-6108042-S - DOWD, JOHN PIERRE v. NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTR** |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2020, State of Connecticut Judicial Branch

Page Created on 10/21/2020 at 1:17:10 PM

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT SUPERIOR COURT *www.jud.ct.gov*  |
|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | **( 203 )  503 – 6800** | **11/10/2020** |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **New Haven** | Major: **T** | Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **Howard Kohn Sprague & FitzGerald, LLP 237 Buckingham Street, Hartford, CT 06126** | **028160** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| **( 860 )  525 – 3101** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **jfs@hksflaw.com** |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Dowd, John Pierre** Address: **33 Grove Avenue, Madison, CT 06443** | **P-01** |
| **Additional plaintiff** | Name: Address: | **P-02** |
| **First defendant** | Name: **National Railroad Passenger Corporation d/b/a Amtrak** Address: **c/o Agent: CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005** | **D-01** |
| **Additional defendant** | Name: Address: | **D-02** |
| **Additional defendant** | Name: Address: | **D-03** |
| **Additional defendant** | Name: Address: | **D-04** |

| Total number of plaintiffs: 1 | Total number of defendants:1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date **09/15/2020** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing **James F. Sullivan, Esq.** |
|---|---|---|---|

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. c. The court staff is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date **09/15/2020** | Docket Number |
|---|---|---|---|

Page 1 of 2

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than four plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type code shown below.*

    Do *not* use this summons for the following actions:

    (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
    (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
    (c) *Applications for change of name*
    (d) *Probate appeals*

    (e) *Administrative appeals*
    (f) *Proceedings pertaining to arbitration*
    (g) *Summary Process (Eviction) actions*
    (h) *Entry and Detainer proceedings*
    (i) *Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| RETURN DATE: NOVEMBER 10, 2020 | : | SUPERIOR COURT |
| JOHN PIERRE DOWD | : | J.D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| AMTRAK | : | SEPTEMBER 15, 2020 |

## COMPLAINT

1.  The plaintiff John Pierre Dowd is a resident of Connecticut.

2.  The defendant Amtrak is a corporation located in with a principal office located in Washington, DC.

3.  The defendant Amtrak provides public transportation.

4.  On September 25, 2018, John Pierre Dowd and his wife were riding an Amtrak train from Washington, DC to Old Saybrook, Connecticut arriving on a rainy evening.

5.  John Pierre Dowd and his wife have traveled with Amtrak before September 25, 2018.

6.  When John Pierre Dowd and his wife ordered their train tickets, they made a request for handicap assistance. In the past instances when they had requested this, the conductor would contact the station master prior to arrival for a bridge plate to cover the gap and assist the Dowds to cross the gap safely.

7.  Upon arriving at the Old Saybrook Amtrak station in the rainy early evening, Amtrak provided no plate for the Dowds. Therefore, John Pierre Dowd struggled to remove Mr. Dowd's wife (while she was in her wheelchair) over the gap between the train and the platform and onto the platform.

8.  John Pierre Dowd returned to their handicap seats to retrieve their roll-on luggage, and tried to push it through the door and onto the platform but without the plate the luggage got stuck in the gap.

9.      John Pierre Dowd struggled getting the luggage over the gap and in his attempts to do so, John Pierre Dowd fell between the train and platform onto the tracks.

10.     The Old Saybrook Fire Department was called to remove John Pierre Dowd from the tracks.

11.     John Pierre Dowd was conscious after being lifted from the tracks, and he had lacerations on his head.

12.     EMS personnel transported John Pierre Dowd to Shoreline Medical Center for evaluation and treatment.

13.     Defendant, Amtrak was negligent and careless in one or more of the following ways:

   a.      it failed to provide handicap assistance in the form of a steel plate as requested by John Pierre Dowd and his wife; and

   b.      it failed to assist John Pierre Dowd and his wife with removing luggage from the train.

9.      As a result of the negligence and carelessness of the defendant, John Pierre Dowd suffered various injuries and damages including but not limited to a concussion, loss of memory, left shoulder contusion, dizziness, cuts and bruises and abrasions to his head, face, hips, left arm, back, left shoulder, left side of his chest and legs and injuries to his soft tissues.  John Pierre Hopkins required staples to close the wound on his scalp. These injuries required extensive treatment for which he has incurred bills.

WHEREFORE, the plaintiff claims:

1.      Money damages;

2.      Any other relief of that in law and equity pertain.

PLAINTIFF,
**JOHN PIERRE DOWD**


By:_____

James F. Sullivan, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06106
Juris Number: 28160
PH: 860-525-3101
FAX: 860-247-4201

| **RETURN DATE: NOVEMBER 10, 2020** | : | **SUPERIOR COURT** |
|---|---|---|
| **JOHN PIERRE DOWD** | : | **J.D. OF NEW HAVEN** |
| **V.** | : | **AT NEW HAVEN** |
| **AMTRAK** | : | **SEPTEMBER 15, 2020** |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand is in excess of Fifteen Thousand

($15,000.00) Dollars or more, exclusive of interest and costs.

PLAINTIFF,
JOHN PIERRE DOWD

By:_____

James F. Sullivan, Esq.
Howard, Kohn, Sprague & FitzGerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06106
Juris Number: 28160
PH: 860-525-3101
FAX: 860-247-4201

STATE OF CONNECTICUT:
                                    : ss: EAST HARTFORD          SEPTEMBER 17, 2020
COUNTY OF HARTFORD  :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I made due and legal service upon the within named defendant **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, return receipt requested **(7019 2970 0001 7352 6797)**, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant corporation:

> **NATIONAL RAILROAD PASSENGER CORP**
> **D/B/A AMTRAK**
> **1015 15TH STREET NW**
> **SUITE 1000**
> **WASHINGTON, DC 20005**

### SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 17TH day of SEPTEMBER, 2020, I made due and legal service upon the within named defendant **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, return receipt requested **(7019 2970 0001 7352 6803)**, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant corporation:

> **NATIONAL RAILROAD PASSENGER CORP**
> **D/B/A AMTRAK**
> **C/O ELEANOR ACHESON, COUNSEL**
> **60 MASSACHUSETTS, AVE NE**
> **WASHINGTON, DC 2000**

### SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | | |
|---|---|---|
| Verified pages | $12.00 | ATTEST: |
| Endorsements | 2.80 | |
| Service | 40.00 | KEITH NIZIANKIEWICZ |
| Travel | 5.00 | CT STATE MARSHAL |
| Certified mail | 14.10 | HARTFORD COUNTY |
| | | |
| Total | $73.90 | |

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867  ·  EAST HARTFORD, CONNECTICUT  06128-0867  ·  OFFICE: (860) 610-0295